UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| MORRIS GABRIEL, | ) |
| Plaintiff, | ) |
| v. | ) No. 1-13-00073 |
| | ) Senior Judge Haynes |
| SHERIFF ENOCH GEORGE, in his individual and official capacity, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 40) to grant Defendant's motion for summary judgment (Docket Entry No. 37). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendant's motion for summary judgment (Docket Entry No. 37) is **GRANTED**. This action is **DISMISSED with prejudice.** Defendant's motion to dismiss (Docket Entry No. 30), motion to compel (Docket Entry No. 32) and motion to ascertain status (Docket Entry No. 36) are **DENIED as moot.** Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 5th day of July, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge